AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
                       Sheet 1

**FILED**

**United States District Court**

**Western District of Arkansas**

July 07 2026

**Office of the Clerk**

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

KENNETH TRAYLOR

**Judgment in a Criminal Case**

(For **Revocation** of Probation or Supervised Release)

Case No.        6:19CR60027-004

USM No.        15503-010

Travis Morrissey
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Mandatory Condition One   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition #1: New Law Violation | April 22, 2026 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)_____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    5161

Defendant's Year of Birth:    1961

City and State of Defendant's Residence:
            Malvern, Arkansas

July 6, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior United States District Judge
Name and Title of Judge

July 7, 2026
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      KENNETH TRAYLOR
CASE NUMBER:    6:19CR60027-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-four (24) months imprisonment with credit for time served, which shall be served consecutively to the term of imprisonment imposed in Hot Spring County, Arkansas, Circuit Court, No. 30CR-25-204. There will be no term of supervised release to follow.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL